IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS R. GROSSINGER,**<br>            Plaintiff, | **CIVIL ACTION** |
| v. | |
| **BIJAN FARHANGUI,**<br>            Defendant. | **NO. 20-745** |
| **BIJAN FARHANGUI,**<br>            Plaintiff, | **CIVIL ACTION** |
| v. | |
| **DOUGLAS R. GROSSINGER,**<br>            Defendant. | **NO. 20-2002** |

## O R D E R

**AND NOW**, this 28th day of July, 2020, upon consideration of Defendant's Motion to Dismiss and briefing in support thereof (ECF Nos. 28 & 33) and Plaintiff's response thereto (ECF No. 30), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.[1] Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court **SHALL CLOSE** case No. 2:20-cv-00745.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**

---

[1] This Order also grants ECF No. 12 in *Farhangui v. Grossinger*, 2:20-cv-02002, which is Farhangui's same Motion to Dismiss docketed in a consolidated case.